IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| NATALIE DYER, | : |
| | : |
| Plaintiff, | : |
| | : CIVIL ACTION |
| v. | : NO. 2:04-CV-156-WCO |
| | : |
| BANKS COUNTY and KENNETH | : |
| BRADY, Individually and as | : |
| Commission Chairman, | : |
| | : |
| Defendant. | : |

## ORDER

The captioned case is before the court for consideration of the magistrate judge's report and recommendation ("R&R") of January 26, 2006 [75-1]. Neither party has filed any objections to the R&R as permitted by statute. See 28 U.S.C. § 636(b)(1). The court has reviewed the record and is confident that the magistrate judge has correctly applied the facts of this case to the relevant law. Accordingly, the R&R [75-1] is hereby **ADOPTED** as the order of this court. Defendants' motions for summary judgment [50-1 & 52-1] are hereby **GRANTED**, and plaintiff's claims against defendants are hereby **DISMISSED**.

IT IS SO ORDERED, this 15th day of February, 2006.

s/William C. O'Kelley
WILLIAM C. O'KELLEY
Senior United States District Judge